Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____     Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **DiFonzo Holdings, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Buddy Love Clothing Label** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 5 – 5 2 5 8 2 4 2** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10510 Berry Knoll Dr** | **179 Parkhouse St** |
| Number       Street | Number       Street |
| **Dallas, TX 75230-4245** | **Dallas, TX 75207-7211** |
| City              State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Dallas** | |
| County | |
| | Number       Street |
| | City              State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://buddylove.com/** |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☑ Other. Specify: _____ |

| Debtor | **DiFonzo Holdings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4   5   8   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                            MM / DD / YYYY

Case number, if known _____

Debtor   **DiFonzo Holdings, LLC**                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>      Number        Street<br><br>_____<br><br>_____<br>      City                                    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                          ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | **DiFonzo Holdings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/20/2024**
MM/  DD/  YYYY

**X** **/s/ Robert DiFonzo**  |  **Robert DiFonzo**
Signature of authorized representative of debtor | Printed name

Title  **Owner**

**18. Signature of attorney**

**X** **/s/ Robert C Lane**  Date **06/20/2024**
Signature of attorney for debtor | MM/  DD/  YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**1555 State St**
Number        Street

**Salem**  |  **OR** | **97301**
City | State | ZIP Code

**(713) 595-8200**  |  **notifications@lanelaw.com**
Contact phone | Email address

**24046263**  |  **TX**
Bar number | State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $411,964.30 |
| b. Total debts (including debts listed in 2.c., below) | $7,285,274.86 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____
_____
_____

```
Fill in this information to identify the case:

Debtor name          DiFonzo Holdings, LLC

United States Bankruptcy Court for the:

                     Northern District of Texas

Case number (if known): _____
```

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/20/2024
            MM/ DD/ YYYY

**X** /s/ Robert DiFonzo
Signature of individual signing on behalf of debtor

**Robert DiFonzo**
Printed name

**Owner**
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **DiFonzo Holdings, LLC** |
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ally<br>PO Box 380901<br>Minneapolis, MN 55438 | | | | $71,158.95 | $30,000.00 | $41,158.95 |
| 2 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, NY 33329 | | Credit Card | | | | $107,942.16 |
| 3 | Bill fka Divvy<br>6220 America Center Dr Ste 100<br>Alviso, CA 95002 | | Credit Card | | | | $72,340.00 |
| 4 | Cantex Capital<br>107 Pittsburg St<br>Dallas, TX 75207-7207 | | Unpaid Rent | | | | $115,967.62 |
| 5 | Chase Bank<br>270 Park Avenue<br>New York, NY 10017 | | Credit Card | | | | $31,711.53 |
| 6 | Dash.Fi<br>2261 Market St Pmb 5135<br>San Francisco, CA 94114-1612 | nemanja@dash.fi | Credit Card | | | | $31,839.00 |
| 7 | Dimension Funding<br>6 Hughes Ste 220<br>Irvine, CA 92618-2063 | | Software Financing | Disputed | | | $52,227.45 |
| 8 | LTK/RewardStyle<br>3102 Oak Lawn Ave<br>Dallas, TX 75219-6419 | | Trade Debts | | | | $40,000.00 |

| Debtor | **DiFonzo Holdings, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  M&M Holdings, LLC 6825 Golf Dr Dallas, TX 75205-1215 | m.valentine@rimrockenergy.com | Promissory note | | | | $635,000.00 |
| 10  Michael & Paula Hyman, Inc. 75 John Portman Blvd Ste 11w121 Atlanta, NY 30303-4093 | | Trade Debts | | | | $91,115.35 |
| 11  PayPal Working Capital Po Box 71202 Charlotte, NC 28272-1202 | | PayPal Receivable Loan agreement | | | | $112,841.01 |
| 12  Providence Interests, LLC 7800 Dallas North Pkwy Ste 320 Plano, TX 75024-0106 | m.valentine@rimrockenergy.com | Promissory note | | | | $115,258.00 |
| 13  Security National Bank Po Box 31400 Omaha, NE 68131-0400 | | Line of Credit | | | | $250,000.00 |
| 14  Security National Bank of Omaha Po Box 31400 Omaha, NE 68131-0400 | | | | | | $2,579,943.96 |
| 15  Shopify Capital Inc Shopify Admin 33 New Montgomery St Suite 750 San Francisco, CA 94105 | | working capital receivable loan | | | | $181,281.22 |
| 16  Texas Comptroller of Public Accounts Revenue Accounting Division - Bankruptcy Section PO Box 13528 Capitol Station Austin, TX 78711 | | Unpaid Sales Tax | | | | $157,924.88 |
| 17  The Clothing Group 2300 S Broadway Los Angeles, CA 90007-2714 | andre@theclothinggroup.net | Trade Debts | | | | $2,056,587.47 |
| 18  Thirty-Four Commercial 4514 Travis St. Suite 312 Dallas, TX 75205 | | | | | | $56,463.86 |
| 19  UPS P.O. Box 650116 Dallas, TX 75265 | | Trade Debts | | | | $74,176.17 |
| 20  Wayflyer Financial LLC 746 Willoughby Way Ne Atlanta, GA 30312-1549 | | UCC | Disputed | | | $404,574.17 |

**Fill in this information to identify the case:**

Debtor Name  **DiFonzo Holdings, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Security National Bank** | **Checking account** | **1  9  6  3** | $3,354.93 |
| 3.2. | **Security National Bank** | **Checking account** | **1  9  1  2** | $7,191.92 |
| 3.3. | **Chase Bank** | **Checking account** | **3  3  4  6** | $70.90 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | **Paypal** | $402.16 |
|---|---|---|

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $11,019.91 |

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 | **David Stevens** | $6,500.00 |
|---|---|---|

| Debtor | **DiFonzo Holdings, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| 7.2 | **Atlanta Showroom** | **$2,907.67** |
| 7.3 | **Cantex - lease is terminated** | **$37,500.00** |
| 7.4 | **Thirty-Four Commercial - Lease is terminated** | **$4,750.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | **Lovers Lane Storefront** | **$10,081.67** |
|---|---|---:|

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                                    **$61,739.34**

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | **$332,764.00** - **$66,552.80** =..... ➡ | **$266,211.20** |
|---|---|---:|
| | face amount        doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | _____ - _____ =..... ➡ | _____ |
| | face amount        doubtful or uncollectible accounts | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            **$266,211.20**

---

**Part 4:**  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
|---|---|---|---|
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

| 15.1. | _____ | _____ | _____ | _____ |
|---|---|---|---|---|
| 15.2. | _____ | _____ | _____ | _____ |

Debtor      **DiFonzo Holdings, LLC** _____      Case number *(if known)* _____
            Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished goods | 04/15/2024 MM / DD / YYYY | $1,939,635.96 | _____ | $40,973.85 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | $40,973.85 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **DiFonzo Holdings, LLC**

Name    Case number *(if known)*

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor   **DiFonzo Holdings, LLC**
Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks (14)** | unknown | | $500.00 |
| **Chairs (14)** | unknown | | $300.00 |
| **Fans (6)** | unknown | | $30.00 |
| **Trash Cans (8)** | unknown | | $40.00 |
| **Filing Cabinets (2)** | unknown | | $20.00 |
| **Fridge** | unknown | | $100.00 |
| **Microwave** | unknown | | $15.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Phones (2)** | unknown | | $400.00 |
| **Printer (4)** | unknown | | $200.00 |
| **Digital AV Cords (10)** | unknown | | $50.00 |
| **Binders (10)** | unknown | | $5.00 |
| **Monitors (18)** | unknown | | $360.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

| | $2,020.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

Debtor    **DiFonzo Holdings, LLC**
_____    Case number *(if known)* _____
Name

---

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2013 Mercedes-Benz Sprinter** / VIN: WD3PE8CC7D5768131 | unknown | | $30,000.00 |
| 48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49.   **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.   **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                 $30,000.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**   Real property

---

54.   **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |

Debtor    **DiFonzo Holdings, LLC**
Name                                                                    Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

Debtor   **DiFonzo Holdings, LLC**                                        Case number *(if known)* _____
       Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

|  |
| --- |
| **Current value of debtor's interest** |

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ – _____ = ➡   _____
                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   _____

   _____   Tax year _____   _____

   _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

   _____                         _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                         _____

   **Nature of claim**   _____

   **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                         _____

   **Nature of claim**   _____

   **Amount requested**   _____

---

Debtor      **DiFonzo Holdings, LLC**                          Case number *(if known)* _____
            Name

---

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $11,019.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $61,739.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $266,211.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $40,973.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,020.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $411,964.30 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ | | $411,964.30 |

---

Fill in this information to identify the case:

Debtor name  **DiFonzo Holdings, LLC**

United States Bankruptcy Court for the:  **Northern**   District of   **Texas**

(State)

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Creditor's name** | | | |
|---|---|---|---|---|
| | Ally | Describe debtor's property that is subject to a lien | | |
| | | 2013 Mercedes-Benz Sprinter | $71,158.95 | $30,000.00 |

**Creditor's mailing address**

PO Box 380901

Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $3,599,799.31

| Debtor | **DiFonzo Holdings, LLC** | Case number (if known) |
|--------|---------------------------|------------------------|
| | Name | |

---

| Part 1: | Additional Page | | Column A | Column B |
|---------|----------------|---|----------|----------|
| | | | Amount of claim | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.2 Creditor's name**

**PayPal Working Capital**

**Describe debtor's property that is subject to a lien**

$112,841.01     unknown

**Creditor's mailing address**

**Po Box 71202**

**Charlotte, NC 28272-1202**

**Describe the lien**

**PayPal Receivable Loan agreement**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    12/20/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **DiFonzo Holdings, LLC**
_____   Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Security National Bank**

**Creditor's mailing address**

**Po Box 31400**

**Omaha, NE 68131-0400**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **06/21/2021**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**Line of Credit**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$250,000.00   unknown

Debtor    **DiFonzo Holdings, LLC**    Case number (if known) _____

Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**Security National Bank of Omaha**

**Creditor's mailing address**

**Po Box 31400**

**Omaha, NE 68131-0400**

**Creditor's email address, if known**

_____

Date debt was incurred    **11/24/2020**

Last 4 digits of account     __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,579,943.96                      unknown

Debtor  **DiFonzo Holdings, LLC**
_____      Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** Creditor's name

**Shopify Capital Inc**
_____

**Creditor's mailing address**

**Shopify Admin**
_____

**33 New Montgomery St Suite 750**
_____

**San Francisco, CA 94105**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/17/2023**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____

_____

**Describe the lien**

**working capital receivable loan**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$181,281.22**

Column B: **unknown**

Debtor   **DiFonzo Holdings, LLC**
_____   Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Wayflyer Financial LLC**

Describe debtor's property that is subject to a lien
_____

$404,574.17   unknown

**Creditor's mailing address**

**746 Willoughby Way Ne**
_____

**Atlanta, GA 30312-1549**
_____

**Describe the lien**

**UCC**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **08/22/2023, 09/19/2023**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

Debtor   **DiFonzo Holdings, LLC**
_____    Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Paypal Working Credit** **Attn: Executive Escalation** **PO Box 45950** **Omaha, NE 68145-0950** | Line 2. **2** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor name _____ **DiFonzo Holdings, LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $157,924.88 | $157,924.88 |

**2.1**

**Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**Revenue Accounting Division - Bankruptcy Section**

**PO Box 13528 Capitol Station**

**Austin, TX 78711**

**Date or dates debt was incurred**

**04/30/2024**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

**Unpaid Sales Tax**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Total claim** $157,924.88

**Priority amount** $157,924.88

---

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor **DiFonzo Holdings, LLC**      Case number *(if known)* _____
     Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

5W Public Relations/5WPR

3 Park Ave Fl 19

New York, NY 10016-5902

Date or dates debt was incurred    12/01/2023

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debts**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

**3.2** Nonpriority creditor's name and mailing address

American Express

Bankruptcy Unit

P.O Box 297817

Fort Lauderdale, NY 33329

Date or dates debt was incurred    _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$107,942.16

---

**3.3** Nonpriority creditor's name and mailing address

Bill fka Divvy

6220 America Center Dr Ste 100

Alviso, CA 95002

Date or dates debt was incurred    03/05/2024

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$72,340.00

---

**3.4** Nonpriority creditor's name and mailing address

Cantex Capital

107 Pittsburg St

Dallas, TX 75207-7207

Date or dates debt was incurred    05/01/2024

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent**

Is the claim subject to offset?
☑ No
☐ Yes

$115,967.62

Debtor    **DiFonzo Holdings, LLC**                                                    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,711.53 |
|---|---|---|---|

**Chase Bank**

**270 Park Avenue**

**New York, NY 10017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Date or dates debt was incurred _____

Last 4 digits of account number  **2  4  4  5**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,048.06 |
|---|---|---|---|

**Chase Bank**

**270 Park Avenue**

**New York, NY 10017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Date or dates debt was incurred _____

Last 4 digits of account number  **4  7  6  2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,839.00 |
|---|---|---|---|

**Dash.Fi**

**2261 Market St Pmb 5135**

**San Francisco, CA 94114-1612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Date or dates debt was incurred  __05/01/2024__

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,227.45 |
|---|---|---|---|

**Dimension Funding**

**6 Hughes Ste 220**

**Irvine, CA 92618-2063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Software Financing__

Date or dates debt was incurred  __04/05/2023__

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **DiFonzo Holdings, LLC**                              Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

**LTK/RewardStyle**

**3102 Oak Lawn Ave**

**Dallas, TX 75219-6419**

Date or dates debt was incurred   **11/26/2021**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$40,000.00

---

**3.10** Nonpriority creditor's name and mailing address

**M&M Holdings, LLC**

**6825 Golf Dr**

**Dallas, TX 75205-1215**

Date or dates debt was incurred   **01/30/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Promissory note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$635,000.00

---

**3.11** Nonpriority creditor's name and mailing address

**Michael & Paula Hyman, Inc.**

**75 John Portman Blvd Ste 11w121**

**Atlanta, NY 30303-4093**

Date or dates debt was incurred   **07/31/2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$91,115.35

---

**3.12** Nonpriority creditor's name and mailing address

**Nosto**

**36 W 20th St Fl 8**

**New York, NY 10011-4263**

Date or dates debt was incurred   **02/14/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,874.00

Debtor   **DiFonzo Holdings, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

**Providence Interests, LLC**

**7800 Dallas North Pkwy Ste 320**

**Plano, TX 75024-0106**

Date or dates debt was incurred    **04/20/2019**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory note**

Is the claim subject to offset?
☑ No
☐ Yes

$115,258.00

---

**3.14** Nonpriority creditor's name and mailing address

**The Clothing Group**

**2300 S Broadway**

**Los Angeles, CA 90007-2714**

Date or dates debt was incurred    **12/31/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?
☑ No
☐ Yes

$2,056,587.47

---

**3.15** Nonpriority creditor's name and mailing address

**Thirty-Four Commercial**

**4514 Travis St. Suite 312**

**Dallas, TX 75205**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$56,463.86

---

**3.16** Nonpriority creditor's name and mailing address

**UPS**

**P.O. Box 650116**

**Dallas, TX 75265**

Date or dates debt was incurred    **03/23/2024**

Last 4 digits of account number    **A 0 T 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset?
☑ No
☐ Yes

$74,176.17

---

Debtor    **DiFonzo Holdings, LLC**

Name                                                                Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $157,924.88 |
| 5b. **Total claims from Part 2** | 5b. + | $3,527,550.67 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,685,475.55 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DiFonzo Holdings, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Warehouse/office/showroom** **Contract to be ASSUMED** <br><br> State the term remaining: **40 months** <br><br> List the contract number of any government contract | **David Stevens** **171 Parkhouse St** **Dallas, TX 75207-7211** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **commercial lease** **Contract to be ASSUMED** <br><br> State the term remaining: **0 months** <br><br> List the contract number of any government contract | **W.W. Willingham III, Gartner Lovers Lane LP and GG & Bob Ltd.** **845 Regal Row** **845 Regal Row** **Dallas, TX 75247-4406** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Lease Agreement** <br><br> State the term remaining: **0 months** <br><br> List the contract number of any government contract | **WTC-TRADE Mart 2015, L.P** **3819 Maple Avenue** **Dallas, TX 75219** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: <br><br> State the term remaining: <br><br> List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**DiFonzo Holdings, LLC**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206H__

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **DiFonzo, Robert** | __**10510 Berry Knoll Drive**__<br>Street<br><br>_____<br><br>__**Dallas, TX 75230**__<br>City       State       ZIP Code | **Security National Bank**<br><br>**W.W. Willingham III, Gartner Lovers Lane LP and GG & Bob Ltd.** | ☑ D<br>☐ E/F<br>☐ G<br><br>☐ D<br>☐ E/F<br>☑ G |
| 2.2 | _____ | _____<br>Street<br><br>_____<br><br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br><br>_____<br><br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br><br>_____<br><br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **DiFonzo Holdings, LLC**

Name

Case number (if known)

---

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name **DiFonzo Holdings, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00** |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................. | **$411,964.30** |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................. | **$411,964.30** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$3,599,799.31** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | **$157,924.88** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+    $3,527,550.67** |

4. **Total liabilities**.......................................................................................................... | **$7,285,274.86** |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **DiFonzo Holdings, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,056,091.92** |
| **For prior year:**  From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,925,357.92** |
| **For the year before that:**  From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,733,031.48** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**  From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**  From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor   **DiFonzo Holdings, LLC**                                    Case number *(if known)* _____
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Shopify Capital Inc** <br> Creditor's name <br> **33 New Montgomery St Suite 750** <br> Street <br> **Shopify Admin** <br> **San Francisco, CA 94105** <br> City　　　State　　ZIP Code | | **$126,790.89** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Wayflyer Financial LLC** <br> Creditor's name <br> **746 Willoughby Way Ne** <br> Street <br> **Atlanta, GA 30312-1549** <br> City　　　State　　ZIP Code | | **$91,200.54** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. **The Clothing Group** <br> Creditor's name <br> **2300 S Broadway** <br> Street <br> **Los Angeles, CA 90007-2714** <br> City　　　State　　ZIP Code | | **$362,257.60** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. **Security National Bank** <br> Creditor's name <br> **2300 N Field St Ste 100** <br> Street <br> **Dallas, TX 75201-0003** <br> City　　　State　　ZIP Code | | **$10,000.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. **American Express** <br> Creditor's name <br> **PO Box 297817** <br> Street <br> **Bankruptcy Unit** <br> **Fort Lauderdale, FL 33329-7817** <br> City　　　State　　ZIP Code | | **$9,726.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor  **DiFonzo Holdings, LLC**                                    Case number *(if known)*
          Name

3.6.  **PayPal Working Capital**                    **$23,392.23**     ☐ Secured debt
      Creditor's name                                                 ☑ Unsecured loan repayments
      **Po Box 71202**                                                ☐ Suppliers or vendors
      Street                                                          ☐ Services
                                                                      ☐ Other _____
      **Charlotte, NC 28272-1202**
      City          State    ZIP Code

3.7.  **Dimension Funding**                         **$22,359.95**    ☐ Secured debt
      Creditor's name                                                 ☑ Unsecured loan repayments
      **6 Hughes Ste 220**                                            ☐ Suppliers or vendors
      Street                                                          ☐ Services
                                                                      ☐ Other _____
      **Irvine, CA 92618-2063**
      City          State    ZIP Code

3.8.  **UPS**                                       **$20,490.65**    ☐ Secured debt
      Creditor's name                                                 ☐ Unsecured loan repayments
      **P.O. Box 650116**                                             ☑ Suppliers or vendors
      Street                                                          ☐ Services
                                                                      ☐ Other _____
      **Dallas, TX 75265**
      City          State    ZIP Code

3.9.  **Cantex Capital**                            **$59,500.00**    ☐ Secured debt
      Creditor's name                                                 ☐ Unsecured loan repayments
      **107 Pittsburg St**                                            ☐ Suppliers or vendors
      Street                                                          ☐ Services
                                                                      ☑ Other _____
      **Dallas, TX 75207-7207**
      City          State    ZIP Code

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |

| Debtor | DiFonzo Holdings, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|-----------------------------|------|-------------------|

5.1.

Creditor's name

Street

City            State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|------------------------------------------|-----------------------|--------|

6.1.

Creditor's name

XXXX– __ __ __ __

Street

City            State    ZIP Code

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-------------------------------------|----------------|
| 7.1. | | Name | ☐ Pending |
| | | | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| | | City            State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor __DiFonzo Holdings, LLC_____   Case number *(if known)* _____

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |

Custodian's name

Street

City          State     ZIP Code

| Case title | Court name and address |
|---|---|
| | |

Name

| Case number | Street |
|---|---|
| | |

City          State     ZIP Code

Date of order or assignment

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Recipient's name

Street

City          State     ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.** _____

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    DiFonzo Holdings, LLC

Case 24-31800-swe11   Doc 1   Filed 06/20/24   Entered 06/20/24 09:46:13   Desc Main
Document    Page 40 of 57    Case number *(if known)*

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | **Attorney's Fee** | **05/15/2024** | **$5,000.00** |
| | **Address** | **Attorney's Fee** | **05/24/2024** | **$2,500.00** |
| | **6200 Savoy Suite 1150** <br> Street | **Attorney's Fee** | **05/31/2024** | **$8,000.00** |
| | | **Attorney's Fee** | **6/7/2024** | **$4,000.00** |
| | **Houston, TX 77036** <br> City    State    ZIP Code | **Attorney's Fee** | **6/14/2024** | **$10,500.00** |
| | **Email or website address** | **Attorney's Fee** | **06/19/2024** | **$10,000.00** |

**Who made the payment, if not debtor?**

**DiFonzo Holdings, LLC**

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  **DiFonzo Holdings, LLC**
_____
Name                                                    Case number *(if known)* _____

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**Address**
_____
Street
_____

_____
City          State     ZIP Code

**Relationship to debtor**
_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | | **Dates of occupancy** | | |
|---|---|---|---|---|

14.1. **845 Regal Row**
_____
Street

_____
**Dallas, TX 75247-4406**
City          State     ZIP Code

From **07/01/2023**   To **05/31/2024**

14.1. **2258 Vantage St**
_____
Street

_____
**Dallas, TX 75207-6102**
City          State     ZIP Code

From **08/01/2020**   To **07/31/2023**

14.1. **411 E Main St**
_____
Street

_____
City          State     ZIP Code

From **10/01/2021**   To **03/01/2024**

14.1. **2270 Vantage St**
_____
Street

_____
City          State     ZIP Code

From **01/01/2022**   To **09/01/2024**

Debtor  **DiFonzo Holdings, LLC**
     Name                                               Case number *(if known)*

14.1.  **4442 Lovers Ln**                               From  **05/01/2023**  To  **Current**
      Street

      City             State    ZIP Code

14.1.  **179 Parkhouse St**                            From  **05/01/2024**  To  **Current**
      Street
      **179 Parkhouse St**
      **Dallas, TX 75207-7211**
      City             State    ZIP Code

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City   State   ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Name, address, phone, email of customers**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor  **DiFonzo Holdings, LLC**                                    Case number *(if known)* _____
_____
Name

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>**Address**<br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor  **DiFonzo Holdings, LLC**
_____        Case number *(if known)* _____
Name

| 20.1 | Facility name and address | Names of anyone who has access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**Public Storage**
Name

**3550 West Mockingbird Ln**
Street

Address

**Dallas, TX 75235**
City                    State     ZIP Code

☐ No
☑ Yes

| 20.2 | Facility name and address | Names of anyone who has access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**Public Storage**
Name

**903 Slocum Street**
Street

Address

**Dallas, TX 75207**
City                    State     ZIP Code

☐ No
☑ Yes

| 20.3 | Facility name and address | Names of anyone who has access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**Guardian Self Storage**
Name

**5315 Peachtree Blvd**
Street

Address

**Atlanta, GA 30341**
City                    State     ZIP Code

☐ No
☑ Yes

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

Name

Street

City                    State     ZIP Code

---

**Part 12:** Details About Environmental Information

Debtor    **DiFonzo Holdings, LLC**                                        Case number *(if known)*
_____
Name

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City       State    ZIP Code _____ | _____ |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ |  |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City       State    ZIP Code | City       State    ZIP Code | _____ |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City       State    ZIP Code | City       State    ZIP Code | _____ |  |

Debtor   **DiFonzo Holdings, LLC**      Case number *(if known)*
         Name

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
_____   _____   EIN: __ __ – __ __ __ __ __ __ __
Name

_____                              **Dates business existed**
Street

_____                              From _____   To _____
_____
City          State   ZIP Code

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Brittany Allen**                       From **08/01/2019**   To _____
        Name

        **179 Parkhouse St**
        Street

        **Dallas, TX 75207-7211**
        City          State   ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.  **Dusty Reynolds**                       From **09/01/2019**   To _____
        Name

        **5420 Lyndon B Johnson Fwy Ste 410**
        Street

        **Dallas, TX 75240-6279**
        City          State   ZIP Code

| Name and address | Dates of service |
|---|---|

26a.3.  **Hector Estrada**                       From _____   To _____
        Name

        **1400 W Northwest Hwy Ste 280**
        Street

        **Grapevine, TX 76051-8120**
        City          State   ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

---

Debtor __DiFonzo Holdings, LLC_____     Case number *(if known)* _____
        Name

| Name and address | Dates of service |
|---|---|

26b.1. _____     From _____ To _____
       Name

       _____
       Street

       _____

       _____
       City                State       ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
__Brittany Allen__
Name
__179 Parkhouse St__
Street

__Dallas, TX 75207-7211__
City          State       ZIP Code

26c.2.
__Hector Estrada__
Name
__1400 W Northwest Hwy Ste 280__
Street

__Grapevine, TX 76051-8120__
City          State       ZIP Code

26c.3.
__Matt Valentine__
Name
__4415 Abbott Avenue__
Street

__Dallas, TX 75205__
City          State       ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | |
|---|---|

26d.1. _____
       Name

       _____
       Street

       _____

       _____
       City                State       ZIP Code

Debtor    **DiFonzo Holdings, LLC**                                                      Case number *(if known)*
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

_____
Name

_____
Street

_____
City                              State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DiFonzo, Robert** | **10510 Berry Knoll Dr Dallas, TX 75230** | **Owner/Member,** | **32.50%** |
| **Grayson DiFonzo** | **10510 Berry Knoll Dr Dallas, TX 75230** | **Owner/Member,** | **32.50%** |
| **Matt Valentine** | **4415 Abbott Avenue Dallas, TX 75205** | **Managing Member,** | **35.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor DiFonzo Holdings, LLC

Case 24-31800-swe11    Doc 1    Filed 06/20/24    Entered 06/20/24 09:46:13    Desc Main
Document    Page 49 of 57    Case number (if known)

Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **DiFonzo, Robert** <br> Name <br> **10510 Berry Knoll Dr** <br> Street <br><br> **Dallas, TX 75230-4245** <br> City          State          ZIP Code <br><br> Relationship to debtor | $79,065.00 | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Grayson DiFonzo** <br> Name <br> **10510 Berry Knoll Dr** <br> Street <br><br> **Dallas, TX 75230-4245** <br> City          State          ZIP Code <br><br> Relationship to debtor | $105,590.00 | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/20/2024**
                MM/ DD/ YYYY

Debtor    **DiFonzo Holdings, LLC**                                        Case number *(if known)*
          Name

**X** /s/ Robert DiFonzo                              Printed name          **Robert DiFonzo**

Signature of individual signing on behalf of the debtor


Position or relationship to debtor          **Owner**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**     DiFonzo Holdings, LLC

Case No. _____

**Debtor**                                    Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................    **$40,000.00**

Prior to the filing of this statement I have received ................................................................    **$40,000.00**

Balance Due ....................................................................................................................    **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/20/2024** | **/s/ Robert C Lane** |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |
| | Bar Number: 24046263 |
| | The Lane Law Firm |
| | 1555 State St |
| | Salem, OR 97301 |
| | |
| | **The Lane Law Firm** |
| | *Name of law firm* |

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **DiFonzo Holdings, LLC**                                        CASE NO

                                                                       CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**06/20/2024**____     Signature _____**/s/ Robert DiFonzo**_____

                                                         Robert DiFonzo, Owner

5W PUBLIC
RELATIONS/5WPR
3 PARK AVE FL 19
NEW YORK, NY 10016-5902


ALLY
PO BOX 380901
MINNEAPOLIS, MN 55438


AMERICAN EXPRESS
BANKRUPTCY UNIT
P.O BOX 297817
FORT LAUDERDALE, NY 33329


BILL FKA DIVVY
6220 AMERICA CENTER DR STE 100
ALVISO, CA 95002


CANTEX CAPITAL
107 PITTSBURG ST
DALLAS, TX 75207-7207


CHASE BANK
270 PARK AVENUE
NEW YORK, NY 10017


DASH.FI
2261 MARKET ST PMB 5135
SAN FRANCISCO, CA 94114-1612


DAVID STEVENS
171 PARKHOUSE ST
DALLAS, TX 75207-7211

DIFONZO HOLDINGS, LLC
10510 BERRY KNOLL DR
DALLAS, TX 75230-4245


ROBERT DIFONZO
10510 BERRY KNOLL DRIVE
DALLAS, TX 75230


DIMENSION FUNDING
6 HUGHES STE 220
IRVINE, CA 92618-2063


LTK/REWARDSTYLE
3102 OAK LAWN AVE
DALLAS, TX 75219-6419


M&M HOLDINGS, LLC
6825 GOLF DR
DALLAS, TX 75205-1215


MICHAEL & PAULA HYMAN,
INC.
75 JOHN PORTMAN BLVD STE 11W121
ATLANTA, NY 30303-4093


NOSTO
36 W 20TH ST FL 8
NEW YORK, NY 10011-4263


PAYPAL WORKING CAPITAL
PO BOX 71202
CHARLOTTE, NC 28272-1202

PAYPAL WORKING CREDIT
ATTN: EXECUTIVE ESCALATION
PO BOX 45950
OMAHA, NE 68145-0950

PROVIDENCE INTERESTS, LLC
7800 DALLAS NORTH PKWY STE 320
PLANO, TX 75024-0106

SECURITY NATIONAL BANK
PO BOX 31400
OMAHA, NE 68131-0400

SECURITY NATIONAL BANK
OF OMAHA
PO BOX 31400
OMAHA, NE 68131-0400

SHOPIFY CAPITAL INC
SHOPIFY ADMIN
33 NEW MONTGOMERY ST SUITE 750
SAN FRANCISCO, CA 94105

TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIVISION -
BANKRUPTCY SECTION
PO BOX 13528 CAPITOL STATION
AUSTIN, TX 78711

THE CLOTHING GROUP
2300 S BROADWAY
LOS ANGELES, CA 90007-2714

THE LANE LAW FIRM
1555 STATE ST
SALEM, OR 97301

THIRTY-FOUR COMMERCIAL
4514 TRAVIS ST. SUITE 312
DALLAS, TX 75205


UPS
P.O. BOX 650116
DALLAS, TX 75265


W.W. WILLINGHAM III,
GARTNER LOVERS LANE LP
AND GG & BOB LTD.
845 REGAL ROW
845 REGAL ROW
DALLAS, TX 75247-4406

WAYFLYER FINANCIAL LLC
746 WILLOUGHBY WAY NE
ATLANTA, GA 30312-1549


WTC-TRADE MART 2015, L.P
3819 MAPLE AVENUE
DALLAS, TX 75219