| | |
|---|---|
| Lynn Hamilton Butler<br>State Bar No. 03527350<br>Lynn.Butler@huscchblackwell.com<br>HUSCH BLACKWELL LLP<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701<br>(512) 479-9758; fax (512) 479-1101<br><br>Counsel for Security National Bank of Omaha | Tom Zavala<br>State Bar No. 24116265<br>Tom.Zavala@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>1900 N. Pearl Street, Suite 1800<br>Dallas, Texas 75201<br>(214) 999-6100; fax (214) 999-6170 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

----------------------------------------------------------------x
IN RE:                                             §        Case No. 24-31800-swe11
                                                   §
DIFONZO HOLDINGS LLC                               §        Chapter 11
                                                   §
    Debtor.                                       §
----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Husch Blackwell LLP, appears as counsel for Security National Bank of Omaha ("SNB"), a secured creditor and party in interest in this matter. SNB requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

1

**HUSCH BLACKWELL LLP**
Lynn Hamilton Butler
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone:  (512) 479-9758
Facsimile:   (512) 479-1101
Email: lynn.butler@huschblackwell.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of SNB, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which SNB may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 11, 2024   .                              Respectfully Submitted,


*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler
State Bar No. 03527350
Lynn.Butler@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758; fax (512) 479-1101

      AND

Tom Zavala
State Bar No. 24116265
Spencer.Tolson@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100; fax (214) 999-6170

**Counsel for Security National Bank of Omaha**

## CERTIFICATE OF SERVICE

      I certify that on July 11, 2024, a true and correct copy of this document was served by electronic service on all counsel of record registered to receive notice via this Court's CM/ECF system, as indicated below.

                                  */s/ Lynn Hamilton Butler*
                                  Lynn Hamilton Butler

**Ally Bank c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662
*Added: 06/25/2024*
(Creditor)

| | | |
|---|---|---|
| **City of University Park**<br>% Perdue Brandon Fielder Et Al<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010<br>817-461-3344<br>817-860-6509 (fax)<br>*Added: 06/21/2024*<br>(Creditor) | represented by | **Elizabeth Banda Calvo**<br>Perdue Brandon Fielder Collins Mott<br>500 E. Border St.<br>Ste 640<br>Arlington, TX 76010<br>817-461-3344<br>ebcalvo@pbfcm.com<br>*Assigned: 06/21/24* |
| **Dallas County**<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*Added: 06/21/2024*<br>(Creditor) | represented by | **Sherrel K. Knighton**<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>Sherrel.Knighton@lgbs.com<br>*Assigned: 06/21/24* |

1

HB: 4862-3695-5088.1

| | | |
|---|---|---|
| **DiFonzo Holdings, LLC**<br>179 Parkhouse St<br>Dallas, TX 75207-7211<br>Tax ID / EIN: 45-5258242<br>*Added: 06/20/2024*<br>*(Debtor)* | represented by | **Robert Lane**<br>The Lane Law Firm PLLC<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369<br>713-595-8200<br>713-595-8201 (fax)<br>chip.lane@lanelaw.com<br>*Assigned: 06/20/24*<br>*LEAD ATTORNEY* |
| **Highland Park ISD**<br>% Perdue Brandon Fielder Et Al<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010<br>817-461-3344<br>817-860-6509 (fax)<br>*Added: 06/21/2024*<br>*(Creditor)* | represented by | **Elizabeth Banda Calvo**<br>Perdue Brandon Fielder Collins Mott<br>500 E. Border St.<br>Ste 640<br>Arlington, TX 76010<br>817-461-3344<br>ebcalvo@pbfcm.com<br>*Assigned: 06/21/24* |
| **Areya Holder Aurzada (SBRA V)**<br>Holder Law<br>PO Box 2105<br>Addison, TX 75001-2105<br>972-438-8800<br>trustee@holderlawpc.com<br>*Added: 06/24/2024*<br>*(Trustee)* | | |
| **Texas Comptroller of Public Accounts, Revenue Accounting Division**<br>Christopher S. Murphy<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>*Added: 06/26/2024*<br>*(Creditor)* | represented by | **Christopher S. Murphy**<br>Texas Attorney General's Office<br>PO Box 12548<br>Austin, TX 78711<br>512-475-4867<br>512-936-1409 (fax)<br>bk-cmurphy@oag.texas.gov<br>*Assigned: 06/26/24* |
| **United States Trustee**<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>214-767-8967<br>ustpregion06.da.ecf@usdoj.gov<br>*Added: 06/20/2024*<br>*(U.S. Trustee)* | | |

2

HB: 4862-3695-5088.1